JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ARENA GROUP HOLDINGS, INC., <br><br> Plaintiff, <br><br> - against - <br><br> BACKGRID USA, INC., et al., <br><br> Defendants. | Case No. CV 24-3874-GW-RAOx <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BACKGRID USA, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

The Court, having reviewed the Stipulation of Dismissal Without Prejudice As To Defendant BackGrid USA, Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) by and between Plaintiff The Arena Group Holdings, Inc. ("Arena") and Defendant BackGrid USA, Inc. ("BackGrid"), HEREBY GRANTS the Application.

The action is dismissed without prejudice as to Defendant BackGrid USA, Inc.

**IT IS SO ORDERED.**

Dated: October 31, 2024

_____
HON. GEORGE H. WU,
United States District Judge

1   [PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE